AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
March 24, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____APV_____
DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Andrea GUTIERREZ | ) | Case No. EP: 25-M-1251-MAT |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **March 06, 2021-January 9, 2024** in the county of **El Paso** in the
**Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i) | knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with others known and unknown, to commit offenses against the United States, namely: knowing and in reckless disregard of the fact that an alien has come to, entered, and remained in the United States in violation of law, did transport, move, and attempt to transport |

This criminal complaint is based on these facts:

See attached.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jason Pyatt, Border Patrol Agent
*Printed name and title*

telephonically
Sworn to ~~before me and signed in my presence.~~

Date: 03/24/2025 at 4:41 p.m.

_____
*Judge's signature*

City and state: El Paso, Texas

Miguel A. Torres U.S. Magistrate Judge
*Printed name and title*

On January 10, 2024, Ysleta Border Patrol agents received information regarding a possible illegal alien stash house located at the 7000 block of North Loop Drive, in El Paso, Texas in the Western District of Texas. Agents conducted a knock and talk of the residence which resulted in the apprehension of multiple smugglers and illegal aliens. During their investigation of this smuggling scheme, it was determined that one of the vehicles used to transport aliens was owned by Co-Conspirator #1. On January 17, 2024, Co-Conspirator #1 was questioned regarding their involvement in the illegal alien smuggling scheme. Co-Conspirator #1 admitted to being involved in the smuggling scheme. Co-Conspirator #1 admitted that a female by the name of Andrea Gutierrez (hereinafter "Defendant") was the coordinator for that smuggling scheme. Co-Conspirator #1 presented agents with a conversation in Facebook Messenger application with the Defendant in which they discuss details of the smuggling scheme. Co-Conspirator #1 also presented agents with evidence as to how the Defendant provided payment for the scheme.

Upon further investigation, agents located multiple incidents in which the Defendant was directly involved in illegal alien smuggling schemes:

On March 6, 2021, Ysleta Border Patrol agents arrested two smugglers attempting to pick up two illegal aliens. During their interviews, both smugglers stated that a smuggler named "Andrea" was the coordinator in the smuggling scheme. One of the smugglers stated that Andrea had contacted him earlier that day and instructed him to pick up some illegal aliens later that day. The smuggler stated that Andrea provided him detailed instructions as to how and where to pick up these illegal aliens up. The smuggler stated that he communicated with her through his WhatsApp application both by message and telephonically. The smuggler then granted the agents access to his cellular phone and provided them with Andrea's telephone number. During a further examination of the smuggler's cellular phone, a conversation was located which included details of the smuggling scheme. Record checks revealed that the phone number belongs to the Defendant. The smuggler stated that Andrea had coordinated multiple smuggling events with him and had paid him for picking up illegal aliens on other occasions. The smuggler advised Andrea's vehicle was a red in color Kia Optima with temporary license plates. The smuggler also provided agents with the location where he believed Andrea lived, which is in San Elizario, Texas. Agents later drove to that residence and located the red Kia Optima matching the description the smuggler provided. Vehicle record checks were conducted on the temporary license plates which returned to the Defendant.

On April 26, 2023, a Border Patrol agent encountered the Defendant at the Las Cruces, New Mexico Border Patrol Checkpoint. The vehicle was driven by a male and the Defendant was in passenger seat. As the vehicle approached the primary inspection area, the Defendant had her identification card already handed towards the Agent. The male

driver was questioned as to his citizenship but remained silent. The Defendant then proceeded to intervene and responded for both her and the male driver. After further questioning, it was discovered that the male driver was a citizen of Mexico, illegally present in the United States. The Defendant was questioned and stated that she was travelling with the male driver to pick up a vehicle that had broken down nearby.

On October 11, 2023, Deming Border Patrol agents were conducting an operation on HWY 26, north of Deming and observed a blue in color Hyundai sedan. Agents had also observed that same vehicle had driven through the Las Cruces I-10 Checkpoint multiple times, and through various locations on I-10, a tactic commonly used by smugglers to scout whether the checkpoint is open or closed. Agents conducted an investigatory stop and encountered two adult females, Co-Conspirator #2 and the Defendant. Upon questioning, both Co-Conspirator #2 the Defendant provided inconsistent stories as to why they were travelling in the area. The Defendant claimed that she and Co-Conspirator #2 were not scouting at the time, however, had scouted on previous occasions. Shortly after this encounter, a red in color Nissan Titan was stopped by agents. The stop resulted in the arrest of one smuggler and four aliens. Both the Nissan Titan and the Hyundai had similar travelling patterns and crossing times through the Las Cruces I-10 Border Patrol Checkpoint.

On January 18, 2024, Las Cruces Border Patrol agents observed a red in color Kia Optima travelling in an area known for alien smuggling. Agents observed that the vehicle appeared heavily laden from the rear passenger area. A vehicle stop was later conducted, and agents encountered six (6) subjects inside, including one in the trunk of the vehicle, all of whom were determined to be illegal aliens. The driver of the vehicle (hereinafter "Co-Conspirator #3") later admitted that he was given the vehicle to transport the illegal aliens to Albuquerque, New Mexico. Co-Conspirator #3 further admitted that he was given instructions by a smuggler as to where to travel to avoid Border Patrol Agents. Co-Conspirator #3 then showed agents a conversation in his WhatsApp application with a contact named "Yoo", confirming these instructions. Through their investigation agents learned "Yoo" to be Co-Conspirator #2. Co-Conspirator#2 has multiple crossings with the Defendant using multiple vehicles. Vehicle record checks were conducted on the Kia Optima and showed only one associated driver, the Defendant.

On June 5, 2024, a Chamizal Park Ranger encountered Co-Conspirator #3 inside the park driving a red Kia Optima. Co-Conspirator #3 admitted to being involved in illegal alien smuggling and to picking up and transporting illegal aliens. Co-Conspirator #3 further admitted that the Defendant is one of the smuggling coordinators he works for. Additionally, Co-Conspirator #3 stated that the Kia Optima he was using was given to him

by the Defendant. A temporary registration permit was located inside the vehicle which revealed the Defendant to be the registered owner.